FILED
JAN 22 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

2:19-cv-00058

Pro'se comes now the plantiff Christopher T. Rush petitioning the court for a civil action against Charleston M.D.E.N.T officers by last names Perry, Simmons, Allen, Hackney, Middleton, Hodge, Holstein, Johnson, and Petty for harrassment and violating my fourth amendment constitutional rights to be free from unreasonable search and siezures. In March of 2017 the said officers entered and searched my hotel room at motel 6 in Crosslanes, West Virginia without cause or a warrant to do so. When asked officer Johnson stated that they in fact didn't need a warrant afterward of a fruitless search the officers left without further incident or any arrest. Then on April 17th 2017, I was again stopped on interstate 77/Kanawha Turnpike as I returned to West Virginia from Atlanta visiting relatives. The same group of M.D.E.N.T officers along with the West Virginia State Troopers officer detained me without incident while they destroyed my vehicle in search of narcotics without any probable cause whatsoever, afterwards of about an hour I were then released without any legal infraction or violation whatsoever being issued afterward of another fruitless and warrantless search for narcotics without cause. This would prove not to be coincidental. Around the end of April or around the first week of May my female cousin Kiara Foster was also stopped

while driving my vehichle without cause or incident and then detained and again searched for narcotics on the same interstate I-77/Kanawha turnpike by the same group of Charleston MDENT officers. This time my driver's seat were damaged by the officers and had to be repaired afterward of the unwarranted fruitless search without cause. This action would violate my due process rights against my property. The drivers seat was broken from its latch causing the subsequent deprivation without due process, this harrassment behavior began in 2014 when my brother Kenneth A. Rush Sr. were exhonorated afterward of a false arrest and officer misconduct which led to MDENT officer Higginbotham were ultimately demoted as a result of misconduct I've since been the subject of retaliation from the officers ever since on several occasions which may be verified upon discovery. Therefore I request for discovery purposes all pertinent information reports, video etc. Also I wish to pursue trespass, and destruction to personally and real porporty and infliction of emotional diestress and mental anguish. I Christopher T. Rush attest the information contained within to be truthful under the penalty of perjury I know wish to bring forth all legal civil actions against the said officers within the individual and personal capacities.

Chris Rush
1-17-19



Christopher Rush #14667-088
Federal Correctional Institution Beckley
P.O. Box 350
Beaver, West Virginia 25813

◇14667-088◇
Teresa Deppner
300 Virginia ST E
Charleston, WV 25301
United States

RECEIVED
JAN 22 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Federal Clerk office